# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Avidor Shalow Ederi and Taylor Jean Gerlicher,<br><br>    Plaintiffs,<br>v.<br><br>Chad F. Wolf, in his official capacity as acting Secretary of Homeland Security, U.S. Department of Homeland Security, Ken Cuccinelli, et al.,<br><br>    Defendants. | Case No. 2:19-cv-2066-APG-NJK<br><br>**ORDER**<br><br>(ECF No. 5) |

The parties' stipulation to stay this case (**ECF No. 5**) **is granted**. The parties shall submit a status report by **May 11, 2020** if they have not filed a stipulation to dismiss by then.

Dated: February 10, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE