LUTHER SNAVELY, ESQ.
Nevada Bar No. 5507
REZA ATHARI & ASSOCIATES
A Multi-Jurisdictional Law Office
3365 Pepper Lane, Suite #102
Las Vegas, Nevada 89120
Tel.: (702) 727-7777; FAX: (702) 458-8508
ATTORNEY FOR THE PLAINTIFFS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AVIDOR SHALOM EDERI and
TAYLOR JEAN GERLICHER,

    Plaintiffs,

vs.

CHAD F. WOLF, in his official capacity as acting Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, KEN CUCCINELLI, in his official capacity as acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES 1 through XX, inclusive,

    Defendants.

Case No.: 2:19-cv-02066-APG-NJK

**ORDER**

## NOTICE OF STIPULATED DISMISSAL

    COME NOW, the Plaintiffs, Avidor Shalow Ederi and Taylor Jean Gerlicher, and the Defendants, U.S. Citizenship and Immigration Services, et al., by and through undersigned counsel, and hereby file this Notice of Stipulated Dismissal under Federal Rule of Civil Procedure §41(a)(1)(A)(ii).

    Since the date of the filing of the Complaint in this case, the Defendants have formally adjudicated the Plaintiff's I-130 petition and I-485 application.

    Therefore, this case is now moot.

The Parties stipulate to a dismissal of this case with prejudice and with all parties to bear their own fees and costs.

DATED this 29th day of April, 2020

Respectfully Submitted:

/s/ Luther Snavely
_____
LUTHER SNAVELY, ESQ.
NEVADA BAR NO. 5507
**REZA ATHARI & ASSOCIATES**
**A Multijurisdictional Firm**
3365 Pepper Lane, Suite #102
Las Vegas, Nevada  89120
Tel.: (702) 727-7777
FAX: (702) 458-8508
ATTORNEY FOR PLAINTIFFS


/s/ Brian Irvin
_____
BRIAN IRVIN
ASSISTANT UNITED STATES ATTORNEY
501 Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
ATTORNEY FOR DEFENDANTS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 30, 2020.

2